UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNNY R. NELSON (#100867)

VERSUS

STATE OF LOUISIANA

CIVIL ACTION

NO. 16-0024-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated January 25, 2018, to which no objection was filed:

**IT IS ORDERED** that the Motion for Summary Judgment of the State of Louisiana, through the Louisiana Department of Public Safety and Corrections and the Division of Probation and Parole (R. Doc. 10) is granted, dismissing Petitioner's claims asserted herein, with prejudice. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 8, 2018.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA